**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jaden Ayotte, | Civil Action No. 13-cv-01102 ADM/JSM |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| | **WITH PREJUDICE** |
| Diversified Adjustment Service, Inc., | |
| Defendant. | |

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**MADGETT & CHAN, LLC**

Dated:   October 9, 2013            By   s/Brianna R. Sadler
                                    Brianna R. Sadler, Esq (#0390482)
                                    Attorneys for Plaintiff
                                    619 South Tenth Street, Suite 301
                                    Minneapolis, MN  55404
                                    Phone:  612-756-9406
                                    Fax:  888-588-1434
                                    bsadler@madgettlaw.com

**BASSFORD REMELE,** *A Professional Association*

Dated:   October 9, 2013            By   s/Susan E. Gustad
                                    Michael A. Klutho (License #186302)
                                    Susan E. Gustad (License #0268008)
                                    Attorneys for Defendant
                                    33 South Sixth Street, Suite 3800
                                    Minneapolis, Minnesota 55402-3707
                                    Phone:  612-333-3000
                                    Fax:  612-333-8829
                                    mklutho@bassford.com
                                    sgustad@bassford.com