UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Jaden Ayotte,                                             Civil Action No. 13-cv-01102 ADM/JSM

      Plaintiff,

vs.                                                       **ORDER FOR DISMISSAL
                                                          WITH PREJUDICE**

Diversified Adjustment Service, Inc.,

      Defendant.

---

Based upon the Stipulation of Dismissal with Prejudice filed by the parties in the above titled matter **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                BY THE COURT


Dated:  October 21, 2013                    s/Ann D. Montgomery
                                            _____
                                            The Honorable Ann D. Montgomery
                                            Judge of United States District Court